# EXHIBIT N

| '784 Patent Claim 1 | The Super Safety |
|---|---|
| 1. In a forced reset trigger mechanism, an extended trigger member locking device, comprising: | When installed and used as directed, the Super Safety is part of a forced reset trigger mechanism and functions as an extended trigger member locking device.<br><br><br><br><br><br>Super Safety Straight FLAT Face Trigger Kit D2 Steel – Active Reset Trigger For AR-15 FRT<br><br>Was: $199.99<br>Sale: $99.99<br><br>OUT OF STOCK<br><br>Super Safety Curved Face Trigger Kit D2 Steel – Active Reset Trigger For AR-15 FRT<br><br>Was: $199.99<br>Sale: $99.99<br><br>OUT OF STOCK<br><br>https://www.combatarmory.com/frt-super-safety/ |

1

| '784 Patent Claim 1 | The Super Safety |
|---|---|
| | **Super Safety** *See also,* Ex. J, Super Safety Guide at 12 <br><br> **Super Safety Installed** (Plaintiff-generated renderings of Super Safety here and below; Locking member and bolt carrier shown here and below in section view for clarity) <br><br> "The Super Safety is a mechanism that actively resets the trigger of a firearm to allow the operator to fire again, quickly, and efficiently. The Super Safety has been designed to operate with AR-15 pattern firearms that use a mil-spec bolt carrier and fire control group." Ex. J, Super Safety Guide at 1. |

2

| '784 Patent Claim 1 | The Super Safety |
|---|---|
| a locking member that is movable between a first position in which it locks a trigger against pulling movement | The Super Safety operates as a locking member and has a first position in which the Super Safety locks the trigger member against pulling movement. **Locked First Position** |
| and a second position where it does not restrict movement of the trigger member, | The Super Safety is moveable from the first position to a second position where it does not restrict movement of the trigger member. **Unlocked Second Position** |
| the locking member configured to be movably supported by a frame | The Super Safety is movably (pivotally about the axis depicted below) supported by a frame (the lower receiver). |

3

| '784 Patent Claim 1 | The Super Safety |
|---|---|
| | |
| and including a generally upward extension portion configured to make actuating contact with a surface of the bolt carrier, | The Super Safety has an upward extending portion (lever arm) configured to make actuating contact with a surface of the bolt carrier.<br><br> |
| such actuating contact causing the locking member to move from the first position to the second position, | The actuating contact causes the locking member to move from the first position to the second position. |

4

| '784 Patent Claim 1 | The Super Safety |
| --- | --- |
| | <br>**Unlocked Second Position** |